UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINZHONG GE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>　　　　Defendants. | Case No.  24-cv-00241-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiff Yinzhong Ge filed the complaint on January 12, 2024.  It appears that the summons and complaint have not yet been served on Defendant.  Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed.  Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than April 23, 2024 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendant.

The court notes that Plaintiff's counsel, David W. Ewing, has failed to timely serve the summons and complaint in several other cases where he is attorney of record.[1]

**IT IS SO ORDERED.**

Dated: April 16, 2024

　　　　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

---

[1] See, e.g., *Jiang v. Mayorkas et al*, 3:23-cv-06181-CRB; *Feng v. Mayorkas et al*, 3:23-cv-06469-MMC; *Xu v. Mayorkas et al*, 3:24-cv-00138-EMC; *Tang v. Mayorkas et al*, 4:24-cv-00139-JST.