UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINZHONG GE,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>    Defendants. | Case No. 24-cv-00241-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiff Yinzhong Ge filed the complaint on January 12, 2024. Pursuant to Federal Rule of Civil Procedure 4(m), the deadline to serve Defendant was April 11, 2024. After Plaintiff failed to timely file proof of service, the court on April 16, 2024 ordered Plaintiff to show cause in writing why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendant. [Docket No. 7.] On April 23, 2024, Plaintiff filed an affidavit of service stating that Plaintiff served the summons and complaint on Defendant on April 22, 2024. [Docket No. 8.] However, Plaintiff did not provide an explanation for why service was delayed.

Accordingly, Plaintiff is ORDERED to show cause in writing by no later than May 1, 2024 why this action should not be dismissed without prejudice for failure to timely serve Defendant.

**IT IS SO ORDERED.**

Dated: April 24, 2024

Donna M. Ryu
United States Magistrate Judge